Walter Riley SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
walterriley@rrrandw.com
(510) 451-1422
(510) 451-0406 (fax)

Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEYS FOR DEFENDANTS FATHI
ABDULRAHIM HARARA AND NATIVE GROUNDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA AND NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | Case No.  3:25-cv-04849-SI<br><br>**STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT** |

Pursuant to Local Rule 6-1(a), the parties stipulate to allow Defendants until October 1, 2025, to file an Answer to the Complaint in this case.

STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT Case No. 3:25-cv-04849-SI
1

Respectfully submitted,

/s/ Glenn Katon                                    /s/ Charlotte Lanvers
Glenn Katon                                        Charlotte Lanvers

COUNSEL FOR DEFENDANTS              COUNSEL FOR PLAINTIFF

STIPULATION TO EXTEND DATE TO ANSWER COMPLAINT Case No. 3:25-cv-04849-SI
2