HARMEET K. DHILLON
Assistant Attorney General
MICHAEL E. GATES
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
CHARLOTTE LANVERS (CABN 257814)
Trial Attorney, Housing and Civil Enforcement Section
Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW – 4CON
    Washington, DC 20530
    Tel.: (202) 5305-5703
    Fax: (202) 514-1116
    Email: Charlotte.Lanvers@usdoj.gov

Attorneys for Plaintiff, United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FATHI ABDULRAHIM HARARA AND NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>    Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>**STIPULATION TO STAY CASE; DECLARATION; [PROPOSED] ORDER** |

Subject to the Court's approval, Plaintiff and Defendants, through their undersigned counsel of record, hereby stipulate as follows:

1. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The date when funding will be restored by Congress has not been established.

2. Plaintiff has conveyed the following to Defendant:

    a. An officer or employee of the United States who violates 31 U.S.C. § 1341(a) (obligate/expend in excess or advance of appropriation), § 1342 (voluntary services prohibition), or § 1517(a) (obligate/expend in excess of an apportionment or administrative subdivision as specified in an agency's regulations) "**shall** be subject to appropriate administrative discipline including, when circumstances warrant, suspension from duty without pay or removal from office." 31 U.S.C. §§ 1349(a), 1518 (emphasis added). Accordingly, each United States Attorney has been instructed to designate those attorneys and support staff whose work is necessary to sustain legal operations essential to the safety of human life and the protection of property.

    b. The undersigned counsel is furloughed and is not permitted to work on the instant case during the lapse in appropriations.

3. The parties therefore request a stay of this case for either: 30 days or when Congress has restored appropriations to the Department of Justice and the government shutdown ends, whichever occurs first. The parties further request that all deadlines, including currently scheduled hearing dates, in this case be extended for a period commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

4. If this stay is granted, the stay will end 30 days from the date the stay was granted or, if the government shutdown ends in less than 30 days, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel and submit within two weeks a revised joint proposed schedule, including

rescheduling the parties' case management conference currently scheduled for November 14, 2025.

IT IS SO STIPULATED.

Dated: October 31, 2025                              Respectfully submitted,

                                                          HARMEET K. DHILLON
                                                          Assistant Attorney General
                                                          Civil Rights Division

                                                          MICHAEL E. GATES
                                                          Deputy Assistant Attorney General
                                                          Civil Rights Division

WALTER RILEY                                CARRIE PAGNUCCO
LAW OFFICE OF WALTER RILEY        Chief, Housing and Civil Enforcement
1407 Webster Street, Suite 206            Section
Oakland, CA 94612
walterriley@rrrandw.com                    AMIE S. MURPHY
(510) 451-1422                                     Deputy Chief, Housing and Civil
                                                          Enforcement Section

*s/ Glenn Katon*                                        s/ *Charlote Lanvers*
GLENN KATON                                            CHARLOTTE LANVERS
KATON.LAW                                                Trial Attorney
385 Grand Avenue, Suite 200              United States Department of Justice
Oakland, CA 94610                            Civil Rights Division
(510) 463-3350                                     Housing and Civil Enforcement Section
gkaton@katon.law                            T: (202) 305-5703
                                                          charlotte.lanvers@usdoj.gov

Attorneys for Defendants                            Attorneys for Plaintiff

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Charlotte Lanvers, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

## DECLARATION OF CHARLOTTE LANVERS

I, Charlotte Lanvers, declare and state as follows:

1. I am a Trial Attorney with the Civil Rights Division of the United States Department of Justice. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so. I make this declaration in support of the parties' Stipulation to Stay Case, filed concurrently herewith.

2. I am furloughed and I am not permitted to work on the instant case during the lapse in appropriations.

3. On October 29, 2025, I contacted Defendant's counsel regarding this requested stay. Defendants' counsel graciously agreed to Plaintiff's request for a stay.

4. This request may have the effect of staying the Case Management Conference set for November 14th.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 31, 2025                                /s/ Charlotte Lanvers
                                                                   Charlotte Lanvers

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

1. This case is stayed until Congress restores appropriations to the Department of Justice and the government shutdown ends. All deadlines, including currently scheduled hearing dates, in this case be extended for a period commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

2. Counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation, including a proposed date to reschedule the Case Management Conference currently set for November 14th.

DATED: _____                             _____
                                                HON. Susan Illston
                                                Senior U.S. District Judge