HARMEET K. DHILLON
Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-5003
Fax: (202) 514-1116
Email: amie.murphy2@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>    Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>**NOTICE OF RESUMPTION OF APPROPRIATIONS** |

At midnight on September 30, 2025, the appropriates act that had been funding the Department of Justice expired and appropriations to the Department lapsed. On October 31, 2025, the parties jointly requested a stay of the litigation, *Dkt.* 32, which the Court granted on the same date, *Dkt* 33. The Court ordered the United States to "promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel submit within two weeks a revised join proposed schedule, including rescheduling the parties' case management conference currently scheduled for November 14, 2025." *Dkt.* 33.

Appropriations were restored on the evening of November 12, 2025, for a total lapse of 43 days. In light of that development, and some staffing changes that occurred during the lapse in appropriations,

the United States intends to confer with Defendants' counsel and file a proposed case management plan on or before November 26, 2025.

DATED: November 17, 2025

        HARMEET K. DHILLON
        Assistant Attorney General

        CARRIE PAGNUCCO
        Chief

        */s/ Amie S. Murphy*
        AMIE S. MURPHY (NYBN 4147401)
        Deputy Chief
        Housing and Civil Enforcement Section
        Civil Rights Division
        U.S. Department of Justice
        950 Pennsylvania Ave. NW – 4CON
        Washington, DC 20530
        Telephone: (202) 305-5003
        Fax: (202) 514-1116
        Email: amie.murphy2@usdoj.gov