HARMEET K. DHILLON
Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-5003
Fax: (202) 514-1116
Email: amie.murphy2@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>**NOTICE REGARDING CASE MANAGEMENT** |

At midnight on September 30, 2025, the appropriates act that had been funding the Department of Justice expired and appropriations to the Department lapsed. On October 31, 2025, the parties jointly requested a stay of the litigation, *Dkt.* 32, which the Court granted on the same date, *Dkt* 33. The Court ordered the United States to "promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel submit within two weeks a revised join proposed schedule, including rescheduling the parties' case management conference currently scheduled for November 14, 2025." *Dkt.* 33.

Appropriations were restored on the evening of November 12, 2025, for a total lapse of 43 days. On November 17, 2025, the United States timely notified the Court that appropriations had been

1  restored and that the United States would confer with counsel and file a proposed case management
2  order on or before November 26, 2025.
3      The United States conferred with Defendants' counsel and counsel for Plaintiff in the related
4  case, *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060 to determine what, if any,
5  changes to the current scheduling order were necessary. The parties are close to reaching an agreement
6  on some minor proposed modifications, but due to the Thanksgiving holiday and related travel need
7  more time. Accordingly, the United States plans to file a proposed case management plan on or before
8  December 3, 2025.

10 DATED: November 26, 2025

HARMEET K. DHILLON
Assistant Attorney General

CARRIE PAGNUCCO
Chief

*/s/ Amie S. Murphy*
AMIE S. MURPHY (NYBN 4147401)
Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
Telephone: (202) 305-5003
Fax: (202) 514-1116
Email: amie.murphy2@usdoj.gov

NOTICE REGARDING CASE MANAGMENT
CASE NO. 3:25-CV-04849-SI

2