HARMEET K. DHILLON
Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-5003
Fax: (202) 514-1116
Email: amie.murphy2@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>**SECOND NOTICE REGARDING CASE MANAGEMENT** |

On November 17, 2025, the United States timely notified the Court that appropriations had been restored and that the United States would confer with counsel and file a proposed case management order on or before November 26, 2025. On November 26, 2025, the United States filed a notice stating that the United States conferred with Defendants' counsel and counsel for Plaintiff in the related case, *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060 to determine what, if any, changes to the current scheduling order were necessary. The United States further stated that the parties were close to reaching an agreement on some minor proposed modifications, but due to the Thanksgiving holiday and related travel need more time. The parties are still discussing the case management plan but should be prepared to present a proposal on December 5, 2025 in its Joint Case

Management Statement, which is due on that date.

DATED: December 3, 2025

HARMEET K. DHILLON
Assistant Attorney General

CARRIE PAGNUCCO
Chief

*/s/ Amie S. Murphy*
AMIE S. MURPHY (NYBN 4147401)
Deputy Chief
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
Telephone: (202) 305-5003
Fax: (202) 514-1116
Email: amie.murphy2@usdoj.gov