| | |
|---|---|
| Michael D. Meuti (CA 227939)<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>100 Pine Street, Suite 3100<br>San Francisco, California 94111<br>Telephone: 628.600.2250<br>mmeuti@beneschlaw.com | Glenn Katon (CA 281841)<br>KATON.LAW<br>385 Grand Ave., Suite 200<br>Oakland, CA 94610<br>Telephone: (510) 463-3350<br>gkaton@katon.law<br><br>*Attorney for Defendants* |
| David M. Hopkins (*Admitted Pro Hac Vice*)<br>BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP<br>127 Public Square, Suite 4900<br>Cleveland, Ohio 44114<br>Telephone: 216.363.4500<br>dhopkins@beneschlaw.com | HARMEET K. DHILLON<br>Assistant Attorney General<br>CARRIE PAGNUCCO<br>Chief, Housing and Civil<br>  Enforcement Section<br>AMIE S. MURPHY (NYRN 4147401)<br>Deputy Chief, Housing and Civil<br>  Enforcement Section |
| Corena G. Larimer (CA 277188)<br>ANTI-DEFAMATION LEAGUE<br>40 Court Street, Suite #12<br>Boston, MA 02108<br>Telephone: 212.885.7700<br>clarimer@adl.org | U.S. Department of Justice<br>950 Pennsylvania Avenue NW- 4CON<br>Washington, DC 20350<br>Telephone: (202) 305-5003<br>Fax: (202) 514-1116<br>Email: amie.murphy2@usdoj.gov |
| James Pasch (*Admitted Pro Hac Vice*)<br>Brendan Hogan (*Admitted Pro Hac Vice*)<br>ANTI-DEFAMATION LEAGUE<br>605 Third Avenue<br>New York, NY 10158<br>Telephone: 212.885.7700<br>jpasch@adl.org<br>bhogan@adl.org | *Attorneys for Plaintiff*<br>*United States of America* |

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA and<br>NATIVE GROUNDS, LLC, d/b/a<br>JERUSALEM COFFEE HOUSE,<br><br>Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>Coordinated with<br><br>Case No. 4:25-CV-04849<br><br>**JOINT STIPULATION *AS AMENDED BY THE COURT* AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER** |

| | |
|---|---|
| 1  MICHAEL RADICE |  |
| 2      Plaintiff, | |
| 3 | |
| 4      vs. | |
| 5  JERUSALEM BOXING CLUB, LLC; NATIVE GROUNDS, INC.; ABDULRAHIM HARARA; DOES 1–20 | |
| 6 | |
| 7      Defendants. | |

Date:  December 9, 2025

At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. On October 31, 2025, the parties jointly requested a stay of the litigation, *Dkt*. 32, which the Court granted on the same date, *Dkt* 33. The Court ordered the United States to "promptly notify the Court as soon as the government shutdown has ended and confer with opposing counsel submit within two weeks a revised join proposed schedule, including rescheduling the parties' case management conference currently scheduled for November 14, 2025." *Dkt*. 33.

Appropriations were restored on the evening of November 12, 2025, for a total lapse of 43 days. On November 17, 2025, the United States timely notified the Court that appropriations had been restored and that the United States would confer with counsel and file a proposed case management order on or before November 26, 2025.

The United States conferred with Defendants' counsel as well as counsel for Plaintiff in the related case, *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060. Given the time lost due to the lapse in appropriations, the parties have stipulated to the following proposed schedule:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Expert Disclosures | December 15, 2025 | January 15, 2026 |
| Expert Rebuttal Disclosures | January 15, 2026 | February 16, 2026 |
| Close of Discovery | February 28, 2026 | NO CHANGE |
| Dispositive Motions | March 31, 2026 | NO CHANGE |

| | | |
|---|---|---|
| Opposition Briefs | April 26, 2026 | NO CHANGE |
| Reply Briefs | May 5, 2026 | NO CHANGE |
| Final Pretrial Conference | **July 7, 2026** | Corrected date. NO CHANGE |
| Trial Begins | **July 20, 2026** | Corrected date. NO CHANGE |

The proposed change to expert discovery deadlines is limited and does not affect other deadlines in the case.

DATED: December 5, 2025

*/s/ Michael Dominic Meuti*
MICHAEL DOMINIC MEUTI (CA 227939)
*Counsel for Plaintiff Michael Radice*

\*\*\*

HARMEET K. DHILLON
Assistant Attorney General

CARRIE PAGNUCCO
Chief

*/s/ Amie S. Murphy*
AMIE S. MURPHY (NYBN 4147401)
*Counsel for Plaintiff United States of America*

\*\*\*

/s/ Glenn Katon
GLENN KATON (CA 281841)
*Counsel for Defendants*