HARMEET K. DHILLON
Assistant Attorney General
ERIC SELL
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
MAZEN BASRAWI (CABN 235475)
Trial Attorney, Housing and Civil Enforcement Section
Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW – 4CON
    Washington, DC 20530
    Tel.: (202) 305-5703
    Fax: (202) 514-1116
    Email: mazen.basrawi@usdoj.gov

*Attorneys for Plaintiff, United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>    Defendants. | CASE NO. 3:25-CV-04849-SI<br><br>RELATED CASE<br><br>CASE NO. 3:25-CV-02060-SI<br><br>**JOINT STIPULATION AND [PROPOSED] AMENDMENT TO CASE MANAGEMENT ORDER** |

    The parties in these related cases stipulate to and hereby request an amendment of the current discovery deadlines. The parties continue to engage in discovery and are currently discussing disputes over Defendants' document production and written discovery responses. The parties are attempting to resolve these discovery disputes before seeking the Court's involvement, and the additional time needed for Defendants' productions and subsequent discussions on deficiencies have caused delays in the discovery calendar.

    Because of these delays, the parties stipulate to and propose an extension to the current discovery deadlines and to allow full discovery to take place in this case. This extension would be the first

extension of the close of discovery and the second extension of the expert disclosure and rebuttal disclosure deadlines, which the Court previously extended by approximately one month as a result of the federal government shutdown. *United States v. Harara et al.*, Case No. 3:25-cv-04849, *Dkt.* 42; *Radice v. Jerusalem Boxing Club, LLC et al.*, Case No. 3:25-cv-02060, *Dkt.* 59.

Counsel for Plaintiff United States and counsel for Plaintiff Michael Radice in the related case conferred with Defendants' counsel, and the parties have stipulated to the following proposed schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Disclosures | January 15, 2026 | February 27, 2026 |
| Expert Rebuttal Disclosures | February 16, 2026 | March 31, 2026 |
| Close of Discovery | February 28, 2026 | April 30, 2026 |

The parties are prepared to discuss corresponding changes to the remaining deadlines in the scheduling order at the Case Management Conference scheduled for February 06, 2026, should the Court grant the [Proposed] Amendment to the Case Management Order.

This joint stipulation to amend the case management order is not made for the purpose of harassment, undue delay, or any other improper purpose.

Dated: January 13, 2026

/s/ Mazen Basrawi
MAZEN BASRAWI (CABN 235475)
*Counsel for Plaintiff United States of America*

/s/ Glenn Katon
GLENN KATON (SBN 281841)
*Counsel for Defendants*