```
Walter Riley SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
walterriley@rrrandw.com
(510) 451-1422
(510) 451-0406 (fax)

Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEYS FOR DEFENDANTS FATHI
ABDULRAHIM HARARA AND NATIVE GROUNDS INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA AND NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | Case No. 3:25-cv-04849-SI<br><br>**COUNSEL WALTER RILEY AND GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

Walter Riley and Glenn Katon, counsel for Defendants, file this administrative motion to withdraw based upon Local Rules 7-11 and 11-5, according to the following:

There has been a severe breakdown in the attorney-client relationship between Defendants and counsel Katon. Katon Decl. ¶ 2. There has also been a material breach of the attorney-client retention agreement. *Id*. ¶ 3. As a result, counsel Katon believes it would be impossible to continue to represent Defendants effectively. *Id*. ¶ 4. Counsel Katon and Mr. Harara, who

controls Jerusalem Boxing Club, LLC and Native Grounds, Inc., have agreed that is it best for counsel Katon to withdraw. *Id.* ¶ 5.

Counsel Riley has been in a secondary role in the case and made clear to Defendants and counsel Katon from the beginning of the representation that he would not be able to remain as sole counsel in the case in the event that counsel Katon discontinued his representation. Riley Decl. ¶¶ 2-3.

For the forgoing reasons, counsel Walter Riley and Glenn Katon's Motion to Withdraw should be granted.

Respectfully submitted,

/s/ Walter Riley
Walter Riley

and

/s/ Glenn Katon
Glenn Katon

CERTIFICATE OF SERVICE

On February 16, 2026, I served Defendants at the email address for Abdulrahim Harara, who is an individual defendant and the sole owner of co-defendants Jerusalem Boxing Club, LLC and Native Grounds, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2026.

/s/ Glenn Katon
Glenn Katon