Walter Riley SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
walterriley@rrrandw.com
(510) 451-1422
(510) 451-0406 (fax)

Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEYS FOR DEFENDANTS FATHI
ABDULRAHIM HARARA AND NATIVE GROUNDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA AND NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | Case No.  3:25-cv-04849-SI<br><br>**DECLARATION IN SUPPORT OF GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

I, Glenn Katon, declare as follows:

1. I am counsel for defendants Abdulrahim Harara and Native Grounds, Inc. in the above-named case.

2. There has been a severe breakdown in the attorney-client relationship between Defendants and me.

3. There has also been a material breach of the attorney-client retention agreement.

4. As a result of the foregoing, counsel believes it would be impossible to continue to

1  represent Defendants effectively.

2  5. Counsel and Mr. Harara, who controls Native Grounds, Inc., have agreed that is it
3  best for counsel to withdraw.

5  I declare under penalty of perjury that the foregoing is true and correct. Executed on
6  February 16, 2026.

/s/ Glenn Katon
Glenn Katon

## CERTIFICATE OF SERVICE

On February 16, 2026, I served Defendants at the email address for Abdulrahim Harara, who is an individual defendant and the sole owner of co-defendants Jerusalem Boxing Club, LLC and Native Grounds, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2026.

/s/ Glenn Katon
Glenn Katon