Walter Riley SBN 95919
LAW OFFICE OF WALTER RILEY
1407 Webster Street, Suite 206
Oakland, CA 94612
walterriley@rrrandw.com
(510) 451-1422
(510) 451-0406 (fax)

Glenn Katon SBN 281841
KATON.LAW
385 Grand Avenue, Suite 200
Oakland, CA 94610
gkaton@katon.law
(510) 463-3350
(510) 463-3349 (fax)

ATTORNEYS FOR DEFENDANTS FATHI
ABDULRAHIM HARARA AND NATIVE GROUNDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FATHI ABDULRAHIM HARARA AND NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>Defendants. | Case No.  3:25-cv-04849-SI<br><br>**DECLARATION IN SUPPORT OF WALTER RILEY'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

I, Walter Riley, declare as follows:

1.    I am co-counsel for defendants Abdulrahim Harara and Native Grounds, Inc. in the above-named case.

2.    I have been in a secondary role in the case and made clear to Defendants and counsel Katon from the beginning of the representation that I would not be able to remain as sole counsel in the case in the event that counsel Katon discontinued his representation.

3.    In light of counsel Katon's motion to withdraw, I also need to withdraw as I do not

DECLARATION ISO WALTER RILEY'S ADMINISTRATIVE MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS Case No. 3:25-cv-04849-SI          Page 1

1  have the bandwidth to represent Defendants myself.

2

3       I declare under penalty of perjury that the foregoing is true and correct. Executed on

4  February 16, 2026.

5                                             /s/ Walter Riley
6                                             Walter Riley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28