HARMEET K. DHILLON
Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
MAZEN BASRAWI (CABN 235475)
Trial Attorney, Housing and Civil Enforcement Section
Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW – 4CON
    Washington, DC 20530
    Tel.: (202) 305-5703
    Fax: (202) 514-1116
    Email: mazen.basrawi@usdoj.gov

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FATHI ABDULRAHIM HARARA and NATIVE GROUNDS, LLC, d/b/a JERUSALEM COFFEE HOUSE,<br><br>    Defendants. | CASE NO. 3:25-cv-04849-SI<br><br>Coordinated with<br><br>Case No. 4:25-cv-02060-SI<br><br>**PLAINTIFF UNITED STATES' RESPONSE TO COUNSEL WALTER RILEY AND GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

The United States agrees with Plaintiff's response to Defendants' Motion to Withdraw Counsel in the related case of *Radice v. Jerusalem Boxing Club, LLC, et al.*, Case No. 4:25-cv-02060-SI. The United States shares the same concerns about deficient discovery and delays that withdrawal of counsel will create. Furthermore, the United States agrees with the conditions Mr. Radice requested and asks the court to impose those conditions in the instant related case.

Dated: February 23, 2026

Respectfully submitted,

/s/ Mazen Basrawi
AMIE S. MURPHY
Deputy Chief
MAZEN BASRAWI
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

*Attorneys for Plaintiff United States of America*

UNITED STATES' RESPONSE TO COUNSEL WALTER RILEY AND GLENN KATON'S ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS
CASE NO: 3:25-cv-04849-SI                    2

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of February 2026, the foregoing document was served via electronic mail on all counsel of record.

Dated: 02/23/2026

/s/ Mazen Basrawi
MAZEN BASRAWI
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

*Attorney for Plaintiff United States of America*