UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FATHI ABDULRAHIM HARARA, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-04849-SI<br><br>**AMENDED SCHEDULING ORDER** |

On February 27, 2026, the Court held a case management conference in this matter and in the related case. Counsel were present for both sides in both cases along with defendant Abdulrahim Harara. The Court discussed with the parties defense counsel's pending motion to withdraw from both cases, Dkt. No. 53, and the pending discovery dispute in the related matter.

**Case Scheduling:**

As discussed at the case management conference, the expert disclosure deadline has been moved to April 3, 2026. The Court now modifies the remainder of the case schedule (*see* Dkt. Nos. 52, 65) as follows:

　　Designation of Experts: 4/3/26

　　Expert Rebuttal: 4/17/26

　　Close of Discovery: 5/1/26

　　Expert Discovery: 5/1/26

　　Dispositive Motions filed by: 5/8/26

　　　　Opposition: 5/22/26

　　　　Reply: 5/29/26

1   Hearing: 6/12/26 at 10:00 a.m. over Zoom

2   Pretrial Paperwork due: 6/23/26

3   Pretrial Conference: 7/7/26 at 1:30 p.m., Courtroom 1, 17th Floor (no change)

4   Jury trial date: 7/20/26 at 9:00 a.m., Courtroom 1, 17th Floor (no change)

6   **IT IS SO ORDERED**.

7   Dated:  February 27, 2026

SUSAN ILLSTON
United States District Judge