Ramsey Judah (CA 342300)
Judah Law Group, LC
1026 Foothill Blvd
Upland, CA 91786
626 899 7667
ramsey@JudahLawGroup.com

Jonathan Wallace (*Admitted Pro Hac Vice*)
PO #728
Amagansett, NY 11930
917 359 6234
jonathan.wallace80@gmail.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT
CALIFORNIA NORTHERN DISTRICT
OAKLAND DIVISION

| | |
|---|---|
| MICHAEL RADICE,<br><br>Plaintiff,<br><br>vs.<br><br>JERUSALEM BOXING CLUB, LLC, ET AL,<br><br>Defendant | Case No.: 3:25-cv-04849<br><br>Date: 11/11/2026<br>Time: 9am<br>Hearing: Trial<br>Honorable Judge: Susan Illston<br><br>DECLARATION OF JONATHAN WALLLACE |

1. I am counsel to defendant Abdulrahim Harara in this matter.
2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.
3. I served defendant Abdulrahim Harara a copy of the instant motion for leave to withdraw by email on Friday September 18 via email at the email address I use to communicate with him, exchanged email messages with him about it, and spoke to him on the phone to confirm he received and accepted it.
4. We agreed that Mr. Harara will draft his own response to the motion and that, if he timely provides it to me, I will file it for him.
5. Mr. Harara called to my attention that he has now paid Mr. Judah.
6. Mr. Harara requests the opportunity to speak with the Court in connection with this motion.

Executed September 21, 2026

Jonathan Wallace

Jonathan Wallace

**PROOF OF SERVICE**
**(1013A, 2015.5 C.C.P.)**

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of Orange, State of California, I am over the age of eighteen years and not a party to the within entitled action; my business address is 1026 Foothill Blvd Upland, CA 91786.

On **September 21, 2026**, I served the foregoing DECLARATION OF JONATHAN WALLLACE on the interested parties in this action:

Michael D. Meuti at mmeuti@beneschlaw.com
David M. Hopkins at dhopkins@beneschlaw.com
Corena G. Larimer at clarimer@adl.org
James Pasch at jpasch@adl.org
Brendan Hogan at bhogan@adl.org
Jonathan Wallace at jonathan.wallace80@gmail.com
Basrawi, Mazen (CRT) at mazen.basrawi@usdoj.gov
Yohannes Ejigu at yohannes.ejigu@usdoj.gov

By Mail [ ]

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Whittier, California.

By Personal Service [ ]

I caused such envelope to be delivered by hand to the office of the addressee(s).

By Email [ X ]

I caused such envelope to be delivered by electronic service to the office of the addressee(s).

By Facsimile [ ]

I caused such document to be transmitted via facsimile to the above-referenced telephone number(s).

State Service [ X ]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Federal Service [ ]

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Ramsey Judah, Attorney