United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FATHI ABDULRAHIM HARARA, Defendant. | Case No. 25-cv-04849-SI (TSH) **ORDER REQUESTING STATUS REPORT** |

On June 18, 2026, the Government filed a motion for contempt and to compel attendance of a third-party witness (Jihad Dphrepaulezz) at a deposition. ECF No. 85. On July 31, 2026, the Court granted the stipulation and order between the Government and Dphrepaulezz and held the motion for contempt in abeyance. ECF No. 102. Pursuant to that order, Dphrepaulezz was scheduled for deposition on September 1, 2026, and the Government would withdraw its contempt motion upon Dphrepaulezz's compliance with the subpoena. *Id.*

As of today, the Government has not moved to withdraw its contempt motion. Accordingly, the Court **ORDERS** the Government to file a status report by October 7, 2026, indicating the status of compliance with the subpoena and whether it plans to withdraw the contempt motion.

**IT IS SO ORDERED.**

Dated: October 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge