HARMEET K. DHILLON
Assistant Attorney General
ERIC SELL
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYRN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
MAZEN BASRAWI (CABN 235475)
Trial Attorney, Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue NW – 4CON
Washington, DC 20530
Tel.: (202) 305-5703
Fax: (202) 514-1116
Email: mazen.basrawi@usdoj.gov

*Attorneys for Plaintiff United States of America*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULRAHIM FATHI HARARA and JERUSALEM BOXING CLUB, LLC,<br><br>Defendants. | CASE NO. 3:25-cv-04849-SI<br><br>**PLAINTIFF UNITED STATES' STATUS REPORT**<br><br>The Honorable Thomas S. Hixson |

Comes now the United States, by and through its counsel, to update the Court on the status of third-party witness Jihad Dphrepaulezz's compliance with the subpoena compelling his attendance at deposition, and to notify the Court of the United States' decision to withdraw its Motion for Contempt and to Compel the Attendance of Jihad Dphrepaulezz at Deposition. ECF No. 85.

Mr. Dphrepaulezz appeared with counsel for his duly noticed deposition on September 1, 2026. The United States completed its deposition of Mr. Dphrepaulezz. Mr. Dphrepaulezz did not produce any documents before or during the deposition, asserting that he does not possess documents responsive to the requests jointly stipulated to in the Joint Stipulation and Order Regarding Narrowed Scope of Subpoena to Non-Party Jihad Dphrepaulezz and Resolution of Motion for Civil Contempt. ECF No. 102.

In light of Mr. Dphrepaulezz's appearance for deposition, the United States hereby withdraws its Motion for Contempt and to Compel the Attendance of Jihad Dphrepaulezz at Deposition. ECF No. 85.

Dated: October 5, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC SELL
Deputy Assistant Attorney General
Civil Rights Division

CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section

AMIE S. MURPHY
Deputy Chief, Housing and Civil Enforcement Section

MAZEN M. BASRAWI
Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section

*Attorneys for Plaintiff United States of America*